UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL   JS-6

Case No.  5:24cv02680 DDP (SP)   Date: February 3, 2025

Title   *CYRUS CASBY v. WARDEN*

Present: The Honorable:   DEAN D. PREGERSON, U.S. DISTRICT JUDGE

| Catherine Jeang | Not Present |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:**  (IN CHAMBERS)

   Plaintiff has not paid the appropriate filing fee, nor filed any Request to Proceed Without Prepayment of Filing Fees.  Accordingly, this action is DISMISSED, without prejudice.  See Dkt. 2.

|  | 00:00 |
|---|---|
| **Initials of Preparer** | CMJ |